M-211/FJC/kc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BLN CAPITAL FUNDING, LLC**, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | FILED: MAY 30, 2008 |
| vs. | ) ) | CASE NO: 08CV3116   RCC |
| | ) | JUDGE KENDALL |
| **FESTIVAL ICE CREAM CORPORATION**, A New Jersey corporation, | ) ) ) ) | JUDGE: MAGISTRATE JUDGE COX |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

Defendant, FESTIVAL ICE CREAM CORPORATION, by and through its attorneys, the LAW OFFICES OF F. JOHN CUSHING III, P.C., pursuant to 28 U.S.C. §1446, states as follows:

1. On or about April 25, 2008, Plaintiff, BLD CAPITAL FUNDING, LLC. (BLN), commenced an action against Defendant, FESTIVAL ICE CREAM CORPORATION, in the Circuit Court of Cook County, Illinois, County Department, Law Division, designated as Case Number 2008 L 004563, alleging, among other things, a debt owed Plaintiff by Defendant in excess of $220,000.00, based upon contract, assignment, and other theories of law. A copy of said *Verified Complaint* and *Summons* are attached hereto as Exhibit A and incorporated herein.

2. As alleged in the complaint, at the time the action was commenced, Plaintiff was and still is a citizen of the State of Illinois, incorporated as a limited liability company therein, with its principal place of business in Chicago, Cook County, Illinois.

3. Defendant was and is a New Jersey Corporation, incorporated therein, with its principal place of business in Paterson, New Jersey.

4. Service of process in this civil action was made upon Defendant on May 5, 2008.

5. Complete diversity of citizenship exists and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. As a result, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

6. This Notice of Removal was filed within thirty (30) days of service of the Summons and Complaint in accordance with 28 U.S.C. §1446.

7. Removal to this District is proper pursuant to 28 U.S.C. 1441(a), because the action was pending within this District before it was removed.

8. Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff as required by 28 U.S.C. §1446 and will file a copy of the notice with the Clerk of the Circuit Court of Cook County, as required.

WHEREFORE, Defendant FESTIVAL ICE CREAM CORPORATION prays that said action be removed to this Court, and that the Circuit Court of Cook County, Illinois, County Department, law Division, shall proceed no further in the action pending therein.

Respectfully submitted,

F. John Cushing III   (ARDC #564702)
Michael M. Cushing (ARDC #6281234)
LAW OFFICES OF F. JOHN CUSHING III, P.C.
29 S. LaSalle Street, Suite 240
Chicago, Illinois 60603
(312) 726-2323

08CV3116RCC
JUDGE KENDALL
MAGISTRATE JUDGE COX

FILED-2
2009 APR 25 PM 12:36
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BLN CAPITAL FUNDING, LLC, an Illinois limited liability company, | ) ) ) |
| Plaintiff, | ) JURY DEMAND ) |
| v. | ) Case No. _____ ) |
| FESTIVAL ICE CREAM CORPORATION, a New Jersey corporation, | ) ) ) ) |
| Defendant. | ) |

## VERIFIED COMPLAINT

Plaintiff, BLN Capital Funding, LLC, an Illinois limited liability company (hereinafter "BLN" or Plaintiff), for its Complaint against Festival Ice Cream Corporation, a New Jersey corporation (hereinafter "Festival" or Defendant), states as follows:

1. Plaintiff is an Illinois limited liability company with its principal place of business in Chicago, Illinois.

2. Defendant is a New Jersey corporation with its principal place of business at 91 18th Avenue, Paterson, NJ 07513.

3. Defendant has regularly and continuously conducted business within the State of Illinois, on information and belief, by way of attending "ice cream" shows in Chicago, Illinois at least annually, and meeting and transacting business with suppliers there.

4. Defendant bought ice cream products from Reinhold Ice Cream Company, 800 Fulton Street, Pittsburgh, PA 15233 ("Reinhold").



EXHIBIT A

5. Plaintiff, under an accounts receivable purchase agreement with Reinhold, purchased all of its present and future trade accounts receivable, including those relating to Reinhold's sales to Festival.

6. By written notice dated May 31, 2007, Plaintiff advised Defendant of the subject purchase and directed that all future payments on invoices of Reinhold be directed to "BLN Capital Funding, LLC, c/o Reinhold Ice Cream Company, 2308 Momentum Place, Chicago, Illinois 60689-5323, (312) 424-2872, (312) 924-2873 (fax)" (the "BLN Notice"). That notice and the delivery confirmation documents are attached hereto as **Group Exhibit A**.

7. Despite demands, Festival has failed and refused to pay BLN on certain Reinhold invoices, purchased by BLN, in the amount of $77,504.86. An itemized summary of Festival's purchases, Festival's payment and offsets from Reinhold purchases from Festival, and Reinhold payment thereon, along with a "Recap Sheet" are attached hereto as **Group Exhibit B**.

8. In addition, from and after the date of delivery of the BLN Notice, and in contravention of the directions contained in such Notice, commencing on July 6, 2007, and continuing through November 16, 2007, Festival made payments directly to Reinhold on 15 separate invoices in the total amount of $143,000.00. Those payments are itemized in a sheet entitled "Payments Made By Festival," which is part of **Group Exhibit B**.

9. Festival is liable to BLN for any payments made to Reinhold or others with respect to the Reinhold invoices after June 8, 2007, which BLN believes to have amounted to $143,000.00

WHEREFORE, Plaintiff, BLN Capital Funding, LLC, hereby requests that the Court enter judgment for it and against Defendant, Festival Ice Cream Corporation, in the amount proved at trial, but in no event less than $220,504.86, plus prejudgment interest at the statutory rate, and for such other relief as the Court deems just and appropriate.

Dated: April 24, 2008
       Chicago, Illinois

                              Respectfully submitted,

                              BLN CAPITAL FUNDING, LLC,
                              Plaintiff

                     By: _____
                              James H. Ryan
                              Counsel for Plaintiff

James H. Ryan
The Law Offices of James H. Ryan
30 East Adams Street
Suite 1100
Chicago, Illinois 60603
(312) 890-9828
e-mail: jr@jamesryanlaw.net
Attorney No. 44424

## VERIFICATION

The undersigned certifies that he is the Manager of BLN Capital Funding, LLC, and that he has reviewed the foregoing **Complaint**, and believes the statements to be true and accurate based on his own personal knowledge and/or based upon diligent inquiry of available corporate records, and as to such matters, the undersigned certifies that he verily believes the same to be true, and the exhibits are true copies of the documents which they purport to be.

*[signature]*
RODNEY BARRINGTON
On Behalf of Plaintiff,
BLN Capital Funding, LLC

Subscribed and Sworn to before me
this ____ day of April, 2008.

*[signature]*
Notary Public

OFFICIAL SEAL
WILLIAM D. MINAGHAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 26, 2011

4



May 31, 2007

Re: Reinhold Ice Cream Company

Festival Ice Cream
91-18th Avenue
Patterson NJ, 07513

Ladies and Gentlemen:

We are pleased to advise that, to enable Reinhold Ice Cream Company to better serve its customers, Reinhold Ice Cream Company has assigned all its present and future accounts to us, which would include your account as well.

To the extent that you are now indebted or may in the future become indebted to Reinhold Ice Cream Company on an account or a general intangible, payment thereof is to be made payable to us and not to the Client or any other entity. Payment in any other way will not discharge this obligation.

The payments should be mailed to us at the following address:

BLN Capital Funding, LLC
c/o Reinhold Ice Cream Company
2308 Momentum Place
Chicago, Illinois 60689-5323
312-924-2872
312-924-2873(fax)

This letter may only be revoked by a writing signed by one of our officers and acknowledged before a notary public.

To assist us in applying payments please fax a copy of this letter to us indicating your Federal Tax I.D. Number in this space: _____ and fax back to above fax number.

Should you have any questions regarding this letter of direction please contact Michael Mandell at Reinhold Ice Cream Company, we thank you for your business and your continued support of Reinhold Ice Cream Company.

Very truly yours,

By: _____

Title: Manager
BLN Capital Funding, LLC
Rodney Barrington

**GROUP EXHIBIT A**

FedEx | Ship Manager | Label 7986 9226 3348　　　　　　　　　　　　　　　　　Page 1 of 1

From: Origin ID: LOTA (312)924-2872
dath myers
bin capital
225 west washington

chicago, IL 60606



SHIPTO: (973)884-8935　　　BILL SENDER
Dan Stevens Accounts Payable
Festival Ice Cream Company
91-18tj Avenue

Patterson, NJ 07513

Ship Date: 07JUN07
ActWgt: 1 LB
System#: 1094866/INET2600
Account#: S *******

Delivery Address Bar Code



Ref # 　Reinhold Ice Cream Co.
Invoice #
PO #
Dept #



STANDARD OVERNIGHT　　　　　　　　　　FRI
　　　　　　　　　　　　　　　　　　　　　Deliver By:
TRK# 　7986 9226 3348　　FORM　　　　08JUN07
　　　　　　　　　　　　　　0201
　　　　　　　　　　　　　　　　　　　EWR　　A1

07513　　-NJ-US
　　　　　　　　　　　　　　　　　07 DOFA



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/3BcRs5CaYx5EiQs2HjQw2GgVx1EaSz5DeV...　　6/7/2007

## Support

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Friday, June 08, 2007 12:32 PM |
| To: | support@blncapital.com |
| Subject: | FedEx Shipment 798692263348 Delivered |

This tracking update has been requested by:

Company Name: bln capital

Name: seth myers

E-mail: support@blncapital.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 798692263348 |
| Reference: | Reinhold Ice Cream Co. |
| Ship (P/U) date: | Jun 7, 2007 |
| Delivery date: | Jun 8, 2007 1:01 PM |
| Sign for by: | N.PENGTAN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

| Shipper Information | Recipient Information |
|---|---|
| seth myers | Dan Stevens Accounts Payable |
| bln capital | Festival Ice Cream Company |
| 225 west washington | 91-18th Avenue |
| chicago | Patterson |
| IL | NJ |
| US | US |
| 60606 | 07513 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:31 PM CDT on 06/08/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/10/2007

Sheet1

## RECAP SHEET

| | |
|---|---|
| Festival Purchases: | $860,293.20 |
| Festival Payments: | -$446,851.29 |
| Offsets from Reinholds: | -$297,262.78 |
| Difference: | $116,179.13 |
| Reinhold Purchases: | $502,937.05 |
| Reinhold Payments: | -$464,262.78 |
| Difference: | $38,674.27 |
| TOTAL DUE FROM FESTIVAL: | $77,504.86 |

GROUP EXHIBIT B

Page 1

Sheet1

## FESTIVAL PURCHASES FROM REINHOLD

| FESTIVAL | | | PHILADELPHIA WATER ICE | | |
|---|---|---|---|---|---|
| DATE | INV # | AMOUNT | DATE | INV # | AMOUNT |
| 08/23/06 | 10039331 | $13,304.90 | 02/19/07 | 10067596 | $0.00 |
| 08/31/06 | 10041331 | $3,086.84 | | 10067414 | $8,303.60 |
| 09/13/06 | 10043427 | $5,213.00 | 02/26/07 | 10068725 | $6,366.50 |
| | Cr10044455 | -$132.84 | 03/12/07 | 10070764 | $5,078.00 |
| 09/20/06 | 10044702 | $3,128.60 | 03/19/07 | 10071693 | $6,752.00 |
| 09/27/06 | 10045907 | $9,484.40 | 03/26/07 | 10072668 | $7,518.80 |
| 10/11/06 | 10048045 | $3,544.40 | | 10072728 | -$1,130.40 |
| 10/18/06 | 10049181 | $7,260.36 | 04/02/07 | 10073923 | $3,810.80 |
| 10/26/06 | 10051415 | $9,366.30 | 04/09/07 | 10074536 | $3,695.60 |
| | 10051416 | $3,763.10 | 04/16/07 | 10075740 | $5,513.60 |
| 10/31/06 | 10052319 | $21,257.10 | 04/23/07 | 10076660 | $4,957.37 |
| 11/09/06 | 10053230 | $11,850.00 | 04/30/07 | 10077585 | $7,910.09 |
| | 10053441 | $2,711.60 | 05/07/07 | 10078603 | $6,137.03 |
| 11/15/06 | 10054560 | $6,891.05 | 05/14/07 | 10079701 | $5,417.12 |
| | 10054579 | $7,110.80 | | | |
| 11/20/06 | 10055259 | $2,298.80 | | | |
| | 10055255 | $9,691.90 | | | |
| 11/24/06 | 10055811 | $2,074.80 | | | |
| | 10055802 | $21,525.80 | | | |
| 12/06/06 | 10057488 | $2,102.60 | | | |
| 12/20/06 | 10059604 | $3,873.80 | | | |
| 12/28/06 | 10060496 | $9,174.80 | | | |
| 01/04/07 | 10061280 | $12,873.20 | | | |
| 01/11/07 | 10062212 | $11,765.60 | | | |
| | 10062220 | $4,355.60 | | | |
| | 10062232 | $1,381.20 | | | |
| 01/17/07 | 10063177 | $5,253.50 | | | |
| 01/24/07 | 10064298 | $5,173.20 | | | |
| | 10064296 | $1,316.82 | | | |
| | 10063910 | $0.00 | | | |
| 02/01/07 | 10065465 | $0.00 | | | |
| 02/07/07 | 10066261 | $0.00 | | | |
| | 10066276 | $4,740.80 | | | |
| 02/12/07 | 10066668 | $7,202.00 | | | |
| 02/21/07 | 10068112 | $2,844.80 | | | |
| 02/22/07 | 10068116 | $9,008.20 | | | |
| 02/28/07 | 10068949 | $11,381.36 | | | |
| 03/07/07 | 10069796 | $16,044.30 | | | |
| 03/09/07 | 10070393 | $0.00 | | | |
| | 10070012 | $15,951.60 | | | |
| 03/14/07 | 10070405 | $13.50 | | | |
| | 10070956 | $10,112.40 | | | |
| 03/15/07 | 10070961 | $8,565.60 | | | |
| 03/23/07 | 10072662 | $0.00 | | | |
| | 10072642 | $8,049.00 | | | |
| 03/21/07 | 10072427 | $16,668.18 | | | |

Sheet1

## FESTIVAL PURCHASES FROM REINHOLD

**FESTIVAL**

| DATE | INV # | AMOUNT |
|---|---|---|
| 03/23/07 | 10072656 | $883.95 |
| 03/28/07 | 10073085 | $12,799.80 |
| 03/29/07 | 10073539 | $7,494.36 |
| 03/30/07 | 10073690 | $9,451.50 |
| 04/04/07 | 10074319 | $12,184.05 |
|  | 10074320 | $21,029.76 |
| 04/11/07 | 10075159 | $2,048.40 |
| 04/12/07 | 10075366 | $16,639.74 |
| 04/16/07 | 10075736 | $7,671.42 |
| 04/18/07 | 10075992 | $11,827.60 |
| 04/24/07 | 10076663 | $21,934.05 |
|  | 10077107 | $23,413.80 |
| 05/04/07 | 10077806 | $18,370.68 |
| 05/08/07 | 10078800 | $27,717.66 |
|  | Cr10077806 | -$1,335.80 |
| 05/10/07 | 10079040 | $20,884.05 |
| 05/15/07 | 10079982 | $10,408.26 |
| 05/17/07 | 10080377 | $20,493.32 |
| 05/22/07 | 10080774 | $10,431.42 |
| 05/30/07 | 10081683 | $14,833.56 |
| 05/31/07 | 10082156 | $10,849.44 |
|  | Cr10082156 | -$309.00 |
| 06/05/07 | 10082161 | $13,036.15 |
| 06/07/07 | 10082885 | $11,215.32 |
| 06/08/07 | 10082161 | $17,289.00 |
| 06/12/07 | 10083432 | $13,135.35 |
| 06/14/07 | 7 | $7,702.83 |
| 06/19/07 | 10084302 | $10,019.49 |
| 06/22/07 | 10084845 | $8,950.65 |
| 06/25/07 | 10085221 | $4,212.72 |
| 06/27/07 | 10085543 | $718.60 |
|  | 10085536 | $8,809.17 |
| 06/29/07 | 10085557 | $11,085.60 |
| 07/02/07 | Cr10086062 | -$195.93 |
| 07/09/07 | 10086777 | $12,401.70 |
|  | Cr10068949 | -$11.85 |
| 07/13/07 | 10087231 | $10,647.90 |
| 07/20/07 | 10087918 | $10,484.40 |
|  | 10087923 | $5,383.50 |
| 07/27/07 | 10088639 | $4,261.20 |
|  | Cr10082161 | -$1,590.30 |
| 08/09/07 | 10089922 | $3,017.60 |
| 08/17/07 | 10090935 | $8,012.00 |
| 09/20/07 | 10095963 | $6,764.80 |
| 11/02/07 | 10099995 | $14,224.00 |
| 11/13/07 | 10100434 | $19,384.00 |

TOTAL:　　$789,963.09　　　　　TOTAL:　　$70,330.11

　　　　　　　　　　　　　　　　　GRAND TOT:　　$860,293.20

Page 2

Sheet1

## REINHOLD PURCHASES FROM FESTIVAL

| DATE | INV # | ORIG INV AMT | ADJMTS | ADJMT EXPLANATION | INV TOTAL |
|---|---|---|---|---|---|
| 09/01/06 | 700096 | $13,922.00 | -$7,718.40 | D&M delivery | $6,203.60 |
| 10/06/06 | 68959 | $21,894.60 | | | $21,894.60 |
| 10/12/06 | 71383 | $24,243.25 | -$9,561.20 | D&M delivery | $14,682.05 |
| | 700139 | $2,863.35 | | | $2,863.35 |
| 10/19/06 | 72764 | $33,049.43 | -$1,616.40 | Product returned | $31,433.03 |
| 10/27/06 | 75333 | $13,206.46 | | | $13,206.46 |
| 11/01/06 | 700165 | $11,740.02 | | | $11,740.02 |
| 11/16/06 | 80507 | $46,086.91 | | | $46,086.91 |
| 11/27/06 | 765783 | $4,646.70 | -$894.60 | Product returned | $3,752.10 |
| 11/30/06 | 83651 | $7,107.27 | | | $7,107.27 |
| 12/07/06 | 85136 | $6,007.35 | -$341.00 | Cr given Inv#765804 | $5,666.35 |
| 01/04/07 | 90612 | $11,675.73 | -$233.85 | Cr given Inv#90087311 | $11,441.88 |
| 01/11/07 | 91498 | $19,915.33 | -$341.00 | Cr given Inv#90087314 | $19,574.33 |
| 02/01/07 | 97091 | $10,854.00 | | | $10,854.00 |
| 02/23/07 | 101761 | $7,792.80 | -$441.00 | Product not received | $7,351.80 |
| | 102786 | $370.00 | | | $370.00 |
| 03/15/07 | 106836 | $29,908.80 | | | $29,908.80 |
| 03/16/07 | 107720 | $23,323.28 | | | $23,323.28 |
| 05/18/07 | 90087419 | $1,060.80 | | | $1,060.80 |
| | 127170 | $15,736.00 | | | $15,736.00 |
| 05/23/07 | 128182 | $265.00 | | | $265.00 |
| | 128183 | $6,398.00 | | | $6,398.00 |
| 05/30/07 | 130271 | $22,703.20 | | | $22,703.20 |
| 06/07/07 | 133633 | $11,188.20 | -$1,200.00 | Pricing | $9,988.20 |
| 06/15/07 | 136902 | $8,690.50 | | | $8,690.50 |
| 06/27/07 | 141581 | $16,303.00 | -$1,588.00 | Pricing | $14,715.00 |
| 06/29/07 | 142829 | $4,020.00 | | | $4,020.00 |
| 07/10/07 | 146597 | $23,217.31 | | | $23,217.31 |
| 07/12/07 | 145742 | $41,865.18 | -$2,826.68 | Product not received | $39,038.50 |
| 07/19/07 | 148697 | $5,307.49 | -$874.58 | Product not received | $4,432.91 |
| 07/27/07 | 151516 | $9,568.43 | | | $9,568.43 |
| 08/06/07 | 153374 | $12,177.39 | -$406.00 | Pricing | $11,771.39 |
| 08/17/07 | 156312 | $12,734.33 | -$276.76 | Pricing | $12,457.51 |
| | 159761 | $12,211.04 | -$669.34 | Pricing | $11,541.70 |
| 09/12/07 | 159845 | $13,948.00 | | | $13,948.00 |
| | 164036 | $7,697.94 | | | $7,697.94 |
| 10/01/07 | 170073 | $13,189.84 | | | $13,189.84 |
| 11/29/07 | 187382 | $3,033.89 | | | $3,033.89 |
| 01/18/08 | 197589 | $2,003.10 | | | $2,003.10 |

TOTAL: $502,937.05

Sheet1

## PAYMENTS MADE BY FESTIVAL

| DATE | CK # | AMOUNT |
|---|---|---|
| 02/15/07 | 19443 | $20,000.00 |
| 02/21/07 | 19466 | $20,000.00 |
| 02/27/07 | 19496 | $20,000.00 |
|  | 19765 | $28,877.26 |
| 04/26/07 | 12629 | $20,052.45 |
| 05/09/07 | 19933 | $31,245.33 |
| 05/18/07 | 19989 | $28,343.16 |
|  | 20030 | $26,248.62 |
|  | 20031 | $20,949.90 |
|  | 20093 | $12,000.00 |
|  | 20094 | $12,000.00 |
|  | 20095 | $12,000.00 |
|  | 20096 | $12,000.00 |
|  | 20097 | $12,000.00 |
| 05/25/07 | 20300 | $27,231.24 |
| 07/06/07 | WIRE | $15,000.00 |
| 07/20/07 | 20425 | $10,000.00 |
|  | 20444 | $10,408.26 |
| 08/02/07 | 20494 | $7,818.00 |
|  | 20495 | $3,539.70 |
| 08/10/07 | 20537 | $11,830.00 |
| 08/17/07 | 20600 | $11,329.60 |
| 08/24/07 | 20679 | $10,000.00 |
| 09/05/07 | 20720 | $10,000.00 |
| 09/17/07 | 20798 | $6,020.40 |
| 09/21/07 | 20835 | $6,764.80 |
| 10/31/07 | 21056 | $4,166.57 |
| 11/05/07 | 21088 | $13,792.00 |
| 11/15/07 | 21142 | $18,234.00 |
| 11/16/07 | 21143 | $5,000.00 |
|  | TOTAL: | $446,851.29 |

Sheet1

## OFFSETS BY REINHOLD TOWARD PAYING FESTIVAL INVOICES

| DATE | CK # | AMOUNT |
|---|---|---|
| 11/22/06 | 90574 | $24,890.50 |
| 03/20/07 | 90673 | $63,761.45 |
| 04/09/07 | 90707 | $33,880.16 |
| 04/24/07 | 90738 | $17,019.10 |
| 07/31/07 | 90853 | $20,908.62 |
|  | 90858 | $1,198.50 |
| 08/29/07 | 90889 | $135,604.45 |

TOTAL:    $297,262.78

## WIRES BY REINHOLD TO FESTIVAL

| DATE |  | AMOUNT |
|---|---|---|
| 11/03/06 |  | $20,000.00 |
| 11/22/06 |  | $27,000.00 |
| 02/16/07 |  | $20,000.00 |
| 02/20/07 |  | $20,000.00 |
| 02/27/07 |  | $20,000.00 |
| 06/12/07 |  | $12,000.00 |
| 06/13/07 |  | $12,000.00 |
| 06/14/07 |  | $12,000.00 |
| 06/15/07 |  | $12,000.00 |
| 07/01/07 |  | $12,000.00 |

TOTAL:    $167,000.00

GRAND TOTAL:    $464,262.78

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | **COPY** |
| 2320 - Served By Mail | 2321 - Served By Mail | RECEIVED |
| 2420 - Served By Publication | 2421 - Served By Publication | PASSAIC COUNTY |
| SUMMONS | ALIAS - SUMMONS | SHERIFF'S OFFICE |
| | | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 2008 APR 28 A 10 38
COUNTY DEPARTMENT, ____LAW____ DIVISION

BLN CAPITAL FUNDING, LLC, an Illinois limited
liability company,

                                            Plaintiff

                v.

FESTIVAL ICE CREAM CORPORATION,
  a New Jersey corporation,

                                            Defendant.

No. _____

2008L004563
CALENDAR/ROOM V
TIME 00:00
Breach of Contract

**SUMMONS**

To each Defendant:
FESTIVAL ICE CREAM CORP.
Attn: Mario Calbi
91 18th Avenue
Paterson, NJ 07513

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

    ☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

    ☐ District 2 - Skokie      ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood
    5600 Old Orchard Rd.      2121 Euclid      1500 Maybrook Ave.
    Skokie, IL 60077      Rolling Meadows, IL 60008      Maywood, IL 60153

    ☐ District 5 - Bridgeview      ☐ District 6 - Markham      ☐ Child Support
    10220 S. 76th Ave.      16501 S. Kedzie Pkwy.      28 North Clark St., Room 200
    Bridgeview, IL 60455      Markham, IL 60426      Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

    This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

                                                                              **APR 25 2008**

Atty. No.: __44424__                                 WITNESS, _____, _____

Name: __James H. Ryan__

Atty. for: __Plaintiff, BLN Capital Funding, LLC__                  DOROTHY BROWN
                                                                   CLERK OF CIRCUIT COURT

Address: __30 E. Adams Street, Suite 1100__

City/State/Zip: __Chicago, IL 60603__                         Date of service: _____
                                                                   (To be inserted by officer on copy left with defendant
Telephone: __(312) 890-9828__                                    or other person)

Service by Facsimile Transmission will be accepted at: _____

                                                                   (Area Code) (Facsimile Telephone Number)

                    DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS