# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BLN CAPITAL FUNDING LLC, and Illinois Limited Liability Corporation, <br> v. <br> FESTIVAL ICE CREAM CORPORATION, a New Jersey Corporation | FILED: MAY 30, 2008 <br> 08CV3116   RCC <br> JUDGE KENDALL <br> MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

F. John Cushing III, of The Law Offices of F. John Cushing III, P.C. on Behalf of the Defendant Festival Ice Cream Corporation, a New Jersey Corporation.

| | |
|---|---|
| NAME (Type or print) <br> F. John Cushing III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ F. John Cushing III | |
| FIRM <br> The Law Offices OF F. John Cushing III, P.C. | |
| STREET ADDRESS <br> 29 S. LaSalle, Suite 240 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0564702 | TELEPHONE NUMBER <br> (312) 726-2323 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |