IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLN CAPITAL FUNDING, LLC, | : |
| Plaintiff, | : |
| v. | : |
| FESTIVAL ICE CREAM CORPORATION, | :    Civ. A. No. 08-cv-3116 |
| Defendant. | : |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)

Defendant, Festival Ice Cream Corporation ("Festival"), by and through their counsel, hereby move this Court pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(3) to enter an order dismissing this action. The grounds in support of the motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

F. John Cushing
The Law Offices of F. John Cushing III
29 South LaSalle Street, Suite 240
Chicago, IL 60603
(312) 726-1470

Monica Mathews Reynolds
HIGH SWARTZ LLP
40 East Airy St.
Norristown, PA 19404

Attorneys for Defendant
Festival Ice Cream Corporation

Dated: June 6, 2008

1