FILED 2
2008 APR 25 PM 12:36
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BLN CAPITAL FUNDING, LLC, an Illinois limited liability company, ) ) ) | |
| Plaintiff, ) ) | **JURY DEMAND** |
| v. ) ) | Case No. _____ |
| FESTIVAL ICE CREAM CORPORATION, a New Jersey corporation, ) ) ) ) | |
| Defendant. ) | |

### VERIFIED COMPLAINT

Plaintiff, BLN Capital Funding, LLC, an Illinois limited liability company (hereinafter "BLN" or Plaintiff), for its Complaint against Festival Ice Cream Corporation, a New Jersey corporation (hereinafter "Festival" or Defendant), states as follows:

1. Plaintiff is an Illinois limited liability company with its principal place of business in Chicago, Illinois.

2. Defendant is a New Jersey corporation with its principal place of business at 91 18th Avenue, Paterson, NJ 07513.

3. Defendant has regularly and continuously conducted business within the State of Illinois, on information and belief, by way of attending "ice cream" shows in Chicago, Illinois at least annually, and meeting and transacting business with suppliers there.

4. Defendant bought ice cream products from Reinhold Ice Cream Company, 800 Fulton Street, Pittsburgh, PA 15233 ("Reinhold").



EXHIBIT
A

5.   Plaintiff, under an accounts receivable purchase agreement with Reinhold, purchased all of its present and future trade accounts receivable, including those relating to Reinhold's sales to Festival.

6.   By written notice dated May 31, 2007, Plaintiff advised Defendant of the subject purchase and directed that all future payments on invoices of Reinhold be directed to "BLN Capital Funding, LLC, c/o Reinhold Ice Cream Company, 2308 Momentum Place, Chicago, Illinois 60689-5323, (312) 424-2872, (312) 924-2873 (fax)" (the "BLN Notice"). That notice and the delivery confirmation documents are attached hereto as **Group Exhibit A**.

7.   Despite demands, Festival has failed and refused to pay BLN on certain Reinhold invoices, purchased by BLN, in the amount of $77,504.86. An itemized summary of Festival's purchases, Festival's payment and offsets from Reinhold purchases from Festival, and Reinhold payment thereon, along with a "Recap Sheet" are attached hereto as **Group Exhibit B**.

8.   In addition, from and after the date of delivery of the BLN Notice, and in contravention of the directions contained in such Notice, commencing on July 6, 2007, and continuing through November 16, 2007, Festival made payments directly to Reinhold on 15 separate invoices in the total amount of $143,000.00. Those payments are itemized in a sheet entitled "Payments Made By Festival," which is part of **Group Exhibit B**.

9.   Festival is liable to BLN for any payments made to Reinhold or others with respect to the Reinhold invoices after June 8, 2007, which BLN believes to have amounted to $143,000.00

WHEREFORE, Plaintiff, BLN Capital Funding, LLC, hereby requests that the Court enter judgment for it and against Defendant, Festival Ice Cream Corporation, in the amount proved at trial, but in no event less than $220,504.86, plus prejudgment interest at the statutory rate, and for such other relief as the Court deems just and appropriate.

Dated:  April 24, 2008
        Chicago, Illinois

Respectfully submitted,

**BLN CAPITAL FUNDING, LLC,**
  Plaintiff

By: _____
      James H. Ryan
      Counsel for Plaintiff

James H. Ryan
The Law Offices of James H. Ryan
30 East Adams Street
Suite 1100
Chicago, Illinois 60603
(312) 890-9828
e-mail: jr@jamesryanlaw.net
Attorney No. 44424

## VERIFICATION

The undersigned certifies that he is the Manager of BLN Capital Funding, LLC, and that he has reviewed the foregoing **Complaint**, and believes the statements to be true and accurate based on his own personal knowledge and/or based upon diligent inquiry of available corporate records, and as to such matters, the undersigned certifies that he verily believes the same to be true, and the exhibits are true copies of the documents which they purport to be.

RODNEY BARRINGTON
On Behalf of Plaintiff,
BLN Capital Funding, LLC

Subscribed and Sworn to before me
this _____ day of April, 2008.

Notary Public

OFFICIAL SEAL
WILLIAM D. MINAGHAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 26, 2011

4



May 31, 2007

Re: Reinhold Ice Cream Company

**Festival Ice Cream**
**91-18th Avenue**
**Patterson NJ, 07513**

Ladies and Gentlemen:

We are pleased to advise that, to enable Reinhold Ice Cream Company to better serve its customers, Reinhold Ice Cream Company has assigned all its present and future accounts to us, which would include your account as well.

To the extent that you are now indebted or may in the future become indebted to Reinhold Ice Cream Company on an account or a general intangible, payment thereof is to be made payable to us and not to the Client or any other entity. Payment in any other way will not discharge this obligation.

The payments should be mailed to us at the following address:

**BLN Capital Funding, LLC**
**c/o Reinhold Ice Cream Company**
**2308 Momentum Place**
**Chicago, Illinois 60689-5323**
**312-924-2872**
**312-924-2873(fax)**

This letter may only be revoked by a writing signed by one of our officers and acknowledged before a notary public.

To assist us in applying payments please fax a copy of this letter to us indicating your Federal Tax I.D. Number in this space: _____ and fax back to above fax number.

Should you have any questions regarding this letter of direction please contact Michael Mandell at Reinhold Ice Cream Company, we thank you for your business and your continued support of Reinhold Ice Cream Company.

Very truly yours,

By:

Title: Manager
BLN Capital Funding, LLC
Rodney Barrington

**GROUP**
**EXHIBIT A**

FedEx | Ship Manager | Label 7986 9226 3348

Page 1 of 1



From:  Origin ID: LOTA  (312)924-2872
seth myars
bin capital
225 west washington

chicago, IL 60606



Ship Date: 07JUN07
AdWgt: 1 LB
System#: 1094865/INET2600
Account#: S *********

Delivery Address Bar Code

Ref #    Reinhold Ice Cream Co.
Invoice #
PO #
Dept #

SHIP TO:  (973)884-8935        BILL SENDER
**Dan Stevens Accounts Payable**
**Festival Ice Cream Company**
**91-18tj Avenue**

**Patterson, NJ 07513**



**STANDARD OVERNIGHT**                    **FRI**

Deliver By:
08JUN07

TRK#    **7986  9226  3348**    FORM
0201

EWR    A1

**07513**    -NJ-US

**07 DOFA**



**Shipping Label: Your shipment is complete**

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Support

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, June 08, 2007 12:32 PM |
| **To:** | support@blncapital.com |
| **Subject:** | FedEx Shipment 798692263348 Delivered |

---

This tracking update has been requested by:

Company Name: bln capital

Name: seth myers

E-mail: support@blncapital.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 798692263348 |
| Reference: | Reinhold Ice Cream Co. |
| Ship (P/U) date: | Jun 7, 2007 |
| Delivery date: | Jun 8, 2007 1:01 PM |
| Sign for by: | N.PENGIAN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

| Shipper Information | Recipient Information |
|---|---|
| seth myers | Dan Stevens Accounts Payable |
| bln capital | Festival Ice Cream Company |
| 225 west washington | 91-18tj Avenue |
| chicago | Patterson |
| IL | NJ |
| US | US |
| 60606 | 07513 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:31 PM  CDT on 06/08/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/10/2007

Sheet1

## RECAP SHEET

| | |
|---|---|
| Festival Purchases: | $860,293.20 |
| Festival Payments: | -$446,851.29 |
| Offsets from Reinholds: | -$297,262.78 |

Difference:                     $116,179.13

| | |
|---|---|
| Reinhold Purchases: | $502,937.05 |
| Reinhold Payments: | -$464,262.78 |

Difference:                     $38,674.27

TOTAL DUE FROM FESTIVAL:        $77,504.86

**GROUP EXHIBIT B**

Sheet1

# FESTIVAL PURCHASES FROM REINHOLD

| FESTIVAL | | |
|---|---|---|
| DATE | INV # | AMOUNT |
| 08/23/06 | 10039331 | $13,304.90 |
| 08/31/06 | 10041331 | $3,086.84 |
| 09/13/06 | 10043427 | $5,213.00 |
|  | Cr10044455 | -$132.84 |
| 09/20/06 | 10044702 | $3,128.60 |
| 09/27/06 | 10045907 | $9,484.40 |
| 10/11/06 | 10048045 | $3,544.40 |
| 10/18/06 | 10049181 | $7,260.36 |
| 10/26/06 | 10051415 | $9,366.30 |
|  | 10051416 | $3,763.10 |
| 10/31/06 | 10052319 | $21,257.10 |
| 11/09/06 | 10053230 | $11,850.00 |
|  | 10053441 | $2,711.60 |
| 11/15/06 | 10054560 | $6,891.05 |
|  | 10054579 | $7,110.80 |
| 11/20/06 | 10055259 | $2,298.80 |
|  | 10055255 | $9,691.90 |
| 11/24/06 | 10055811 | $2,074.80 |
|  | 10055802 | $21,525.80 |
| 12/06/06 | 10057488 | $2,102.60 |
| 12/20/06 | 10059604 | $3,873.80 |
| 12/28/06 | 10060496 | $9,174.80 |
| 01/04/07 | 10061280 | $12,873.20 |
| 01/11/07 | 10062212 | $11,765.60 |
|  | 10062220 | $4,355.60 |
|  | 10062232 | $1,381.20 |
| 01/17/07 | 10063177 | $5,253.50 |
| 01/24/07 | 10064298 | $5,173.20 |
|  | 10064296 | $1,316.82 |
|  | 10063910 | $0.00 |
| 02/01/07 | 10065465 | $0.00 |
| 02/07/07 | 10066261 | $0.00 |
|  | 10066276 | $4,740.80 |
| 02/12/07 | 10066668 | $7,202.00 |
| 02/21/07 | 10068112 | $2,844.80 |
| 02/22/07 | 10068116 | $9,008.20 |
| 02/28/07 | 10068949 | $11,381.36 |
| 03/07/07 | 10069796 | $16,044.30 |
| 03/09/07 | 10070393 | $0.00 |
|  | 10070012 | $15,951.60 |
| 03/14/07 | 10070405 | $13.50 |
|  | 10070956 | $10,112.40 |
| 03/15/07 | 10070961 | $8,565.60 |
| 03/23/07 | 10072662 | $0.00 |
|  | 10072642 | $8,049.00 |
| 03/21/07 | 10072427 | $16,668.18 |

| PHILADELPHIA WATER ICE | | |
|---|---|---|
| DATE | INV # | AMOUNT |
| 02/19/07 | 10067596 | $0.00 |
|  | 10067414 | $8,303.60 |
| 02/26/07 | 10068725 | $6,366.50 |
| 03/12/07 | 10070764 | $5,078.00 |
| 03/19/07 | 10071693 | $6,752.00 |
| 03/26/07 | 10072668 | $7,518.80 |
|  | 10072728 | -$1,130.40 |
| 04/02/07 | 10073923 | $3,810.80 |
| 04/09/07 | 10074536 | $3,695.60 |
| 04/16/07 | 10075740 | $5,513.60 |
| 04/23/07 | 10076660 | $4,957.37 |
| 04/30/07 | 10077585 | $7,910.09 |
| 05/07/07 | 10078603 | $6,137.03 |
| 05/14/07 | 10079701 | $5,417.12 |

Sheet1

## FESTIVAL PURCHASES FROM REINHOLD

**FESTIVAL**

| DATE | INV # | AMOUNT |
|------|-------|--------|
| 03/23/07 | 10072656 | $883.95 |
| 03/28/07 | 10073085 | $12,799.80 |
| 03/29/07 | 10073539 | $7,494.36 |
| 03/30/07 | 10073690 | $9,451.50 |
| 04/04/07 | 10074319 | $12,184.05 |
|  | 10074320 | $21,029.76 |
| 04/11/07 | 10075159 | $2,048.40 |
| 04/12/07 | 10075366 | $16,639.74 |
| 04/16/07 | 10075736 | $7,671.42 |
| 04/18/07 | 10075992 | $11,827.60 |
| 04/24/07 | 10076663 | $21,934.05 |
|  | 10077107 | $23,413.80 |
| 05/04/07 | 10077806 | $18,370.68 |
| 05/08/07 | 10078800 | $27,717.66 |
|  | Cr10077806 | -$1,335.60 |
| 05/10/07 | 10079040 | $20,884.05 |
| 05/15/07 | 10079982 | $10,408.26 |
| 05/17/07 | 10080377 | $20,493.32 |
| 05/22/07 | 10080774 | $10,431.42 |
| 05/30/07 | 10081683 | $14,833.56 |
| 05/31/07 | 10082156 | $10,849.44 |
|  | Cr10082156 | -$309.00 |
| 06/05/07 | 10082161 | $13,036.15 |
| 06/07/07 | 10082885 | $11,215.32 |
| 06/08/07 | 10082161 | $17,289.00 |
| 06/12/07 | 10083432 | $13,135.35 |
| 06/14/07 | 7 | $7,702.83 |
| 06/19/07 | 10084302 | $10,019.49 |
| 06/22/07 | 10084845 | $8,950.65 |
| 06/25/07 | 10085221 | $4,212.72 |
| 06/27/07 | 10085543 | $718.60 |
|  | 10085536 | $8,809.17 |
| 06/29/07 | 10085557 | $11,085.60 |
| 07/02/07 | Cr10086062 | -$195.93 |
| 07/09/07 | 10086777 | $12,401.70 |
|  | Cr10068949 | -$11.85 |
| 07/13/07 | 10087231 | $10,647.90 |
| 07/20/07 | 10087918 | $10,484.40 |
|  | 10087923 | $5,383.50 |
| 07/27/07 | 10088639 | $4,261.20 |
|  | Cr10082161 | -$1,590.30 |
| 08/09/07 | 10089922 | $3,017.60 |
| 08/17/07 | 10090935 | $8,012.00 |
| 09/20/07 | 10095963 | $6,764.80 |
| 11/02/07 | 10099995 | $14,224.00 |
| 11/13/07 | 10100434 | $19,384.00 |

TOTAL:       $789,963.09

TOTAL:      $70,330.11

GRAND TOT:       $860,293.20

Sheet1

## REINHOLD PURCHASES FROM FESTIVAL

| DATE | INV # | ORIG INV AMT | ADJMTS | ADJMT EXPLANATION | INV TOTAL |
|------|-------|--------------|--------|-------------------|-----------|
| 09/01/06 | 700096 | $13,922.00 | -$7,718.40 | D&M delivery | $6,203.60 |
| 10/06/06 | 68959 | $21,894.60 | | | $21,894.60 |
| 10/12/06 | 71383 | $24,243.25 | -$9,561.20 | D&M delivery | $14,682.05 |
| | 700139 | $2,863.35 | | | $2,863.35 |
| 10/19/06 | 72764 | $33,049.43 | -$1,616.40 | Product returned | $31,433.03 |
| 10/27/06 | 75333 | $13,206.46 | | | $13,206.46 |
| 11/01/06 | 700165 | $11,740.02 | | | $11,740.02 |
| 11/16/06 | 80507 | $46,086.91 | | | $46,086.91 |
| 11/27/06 | 765783 | $4,646.70 | -$894.60 | Product returned | $3,752.10 |
| 11/30/06 | 83651 | $7,107.27 | | | $7,107.27 |
| 12/07/06 | 85136 | $6,007.35 | -$341.00 | Cr given Inv#765804 | $5,666.35 |
| 01/04/07 | 90612 | $11,675.73 | -$233.85 | Cr given Inv#90087311 | $11,441.88 |
| 01/11/07 | 91498 | $19,915.33 | -$341.00 | Cr given Inv#90087314 | $19,574.33 |
| 02/01/07 | 97091 | $10,854.00 | | | $10,854.00 |
| 02/23/07 | 101761 | $7,792.80 | -$441.00 | Product not received | $7,351.80 |
| | 102786 | $370.00 | | | $370.00 |
| 03/15/07 | 106886 | $29,908.80 | | | $29,908.80 |
| 03/16/07 | 107720 | $23,323.28 | | | $23,323.28 |
| 05/18/07 | 90087419 | $1,060.80 | | | $1,060.80 |
| | 127170 | $15,736.00 | | | $15,736.00 |
| 05/23/07 | 128182 | $265.00 | | | $265.00 |
| | 128183 | $6,398.00 | | | $6,398.00 |
| 05/30/07 | 130271 | $22,703.20 | | | $22,703.20 |
| 06/07/07 | 133633 | $11,188.20 | -$1,200.00 | Pricing | $9,988.20 |
| 06/15/07 | 136902 | $8,690.50 | | | $8,690.50 |
| 06/27/07 | 141581 | $16,303.00 | -$1,588.00 | Pricing | $14,715.00 |
| 06/29/07 | 142829 | $4,020.00 | | | $4,020.00 |
| 07/10/07 | 146597 | $23,217.31 | | | $23,217.31 |
| 07/12/07 | 145742 | $41,865.18 | -$2,826.68 | Product not received | $39,038.50 |
| 07/19/07 | 148697 | $5,307.49 | -$874.58 | Product not received | $4,432.91 |
| 07/27/07 | 151516 | $9,568.43 | | | $9,568.43 |
| 08/06/07 | 153374 | $12,177.39 | -$406.00 | Pricing | $11,771.39 |
| 08/17/07 | 156312 | $12,734.33 | -$276.76 | Pricing | $12,457.51 |
| | 159761 | $12,211.04 | -$669.34 | Pricing | $11,541.70 |
| 09/12/07 | 159845 | $13,948.00 | | | $13,948.00 |
| | 164036 | $7,697.94 | | | $7,697.94 |
| 10/01/07 | 170073 | $13,189.84 | | | $13,189.84 |
| 11/29/07 | 187382 | $3,033.89 | | | $3,033.89 |
| 01/18/08 | 197589 | $2,003.10 | | | $2,003.10 |

TOTAL:                                                                    $502,937.05

Sheet1

## PAYMENTS MADE BY FESTIVAL

| DATE | CK # | AMOUNT |
|------|------|--------|
| 02/15/07 | 19443 | $20,000.00 |
| 02/21/07 | 19466 | $20,000.00 |
| 02/27/07 | 19496 | $20,000.00 |
|  | 19765 | $28,877.26 |
| 04/26/07 | 12629 | $20,052.45 |
| 05/09/07 | 19933 | $31,245.33 |
| 05/18/07 | 19989 | $28,343.16 |
|  | 20030 | $26,248.62 |
|  | 20031 | $20,949.90 |
|  | 20093 | $12,000.00 |
|  | 20094 | $12,000.00 |
|  | 20095 | $12,000.00 |
|  | 20096 | $12,000.00 |
|  | 20097 | $12,000.00 |
| 05/25/07 | 20300 | $27,231.24 |
| 07/06/07 | WIRE | $15,000.00 |
| 07/20/07 | 20425 | $10,000.00 |
|  | 20444 | $10,408.26 |
| 08/02/07 | 20494 | $7,818.00 |
|  | 20495 | $3,539.70 |
| 08/10/07 | 20537 | $11,830.00 |
| 08/17/07 | 20600 | $11,329.60 |
| 08/24/07 | 20679 | $10,000.00 |
| 09/05/07 | 20720 | $10,000.00 |
| 09/17/07 | 20798 | $6,020.40 |
| 09/21/07 | 20835 | $6,764.80 |
| 10/31/07 | 21056 | $4,166.57 |
| 11/05/07 | 21088 | $13,792.00 |
| 11/15/07 | 21142 | $18,234.00 |
| 11/16/07 | 21143 | $5,000.00 |

TOTAL:                    $446,851.29

Sheet1

## OFFSETS BY REINHOLD TOWARD PAYING FESTIVAL INVOICES

| DATE | CK # | AMOUNT |
|------|------|--------|
| 11/22/06 | 90574 | $24,890.50 |
| 03/20/07 | 90673 | $63,761.45 |
| 04/09/07 | 90707 | $33,880.16 |
| 04/24/07 | 90738 | $17,019.10 |
| 07/31/07 | 90853 | $20,908.62 |
|  | 90858 | $1,198.50 |
| 08/29/07 | 90889 | $135,604.45 |
|  | TOTAL: | $297,262.78 |

## WIRES BY REINHOLD TO FESTIVAL

| DATE | | AMOUNT |
|------|------|--------|
| 11/03/06 | | $20,000.00 |
| 11/22/06 | | $27,000.00 |
| 02/16/07 | | $20,000.00 |
| 02/20/07 | | $20,000.00 |
| 02/27/07 | | $20,000.00 |
| 06/12/07 | | $12,000.00 |
| 06/13/07 | | $12,000.00 |
| 06/14/07 | | $12,000.00 |
| 06/15/07 | | $12,000.00 |
| 07/01/07 | | $12,000.00 |
|  | TOTAL: | $167,000.00 |

GRAND TOTAL:  $464,262.78

M-211/FJC/kc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BLN CAPITAL FUNDING, LLC, an
Illinois limited liability company,

    Plaintiff,

vs.

FESTIVAL ICE CREAM
CORPORATION, A New Jersey
corporation,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:

JUDGE:

### NOTICE OF REMOVAL

Defendant, FESTIVAL ICE CREAM CORPORATION, by and through its attorneys, the

LAW OFFICES OF F. JOHN CUSHING III, P.C., pursuant to 28 U.S.C. §1446, states as

follows:

1. On or about April 25, 2008, Plaintiff, BLD CAPITAL FUNDING, LLC. (BLN),

commenced an action against Defendant, FESTIVAL ICE CREAM CORPORATION, in the

Circuit Court of Cook County, Illinois, County Department, Law Division, designated as Case

Number 2008 L 004563, alleging, among other things, a debt owed Plaintiff by Defendant in

excess of $220,000.00, based upon contract, assignment, and other theories of law.  A copy of

said *Verified Complaint* and *Summons* are attached hereto as Exhibit A and incorporated herein.

2. As alleged in the complaint, at the time the action was commenced, Plaintiff was and

still is a citizen of the State of Illinois, incorporated as a limited liability company therein, with

its principal place of business in Chicago, Cook County, Illinois.

3. Defendant was and is a New Jersey Corporation, incorporated therein, with its

principal place of business in Paterson, New Jersey.

**EXHIBIT**

B

4. Service of process in this civil action was made upon Defendant on May 5, 2008.

5. Complete diversity of citizenship exists and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. As a result, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

6. This Notice of Removal was filed within thirty (30) days of service of the Summons and Complaint in accordance with 28 U.S.C. §1446.

7. Removal to this District is proper pursuant to 28 U.S.C. 1441(a), because the action was pending within this District before it was removed.

8. Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff as required by 28 U.S.C. §1446 and will file a copy of the notice with the Clerk of the Circuit Court of Cook County, as required.

WHEREFORE, Defendant FESTIVAL ICE CREAM CORPORATION prays that said action be removed to this Court, and that the Circuit Court of Cook County, Illinois, County Department, law Division, shall proceed no further in the action pending therein.

Respectfully submitted,

F. John Cushing III  (ARDC #564702)
Michael M. Cushing (ARDC #6281234)
LAW OFFICES OF F. JOHN CUSHING III, P.C.
29 S. LaSalle Street, Suite 240
Chicago, Illinois 60603
(312) 726-2323

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BLN CAPITAL FUNDING, LLC,          :
                                   :
                 Plaintiff,        :
                                   :
        .v.                        :
                                   :
FESTIVAL ICE CREAM CORPORATION,    :        C.A. No. 08-cv-3116
                                   :
                 Defendant.        :
                                   :

### AFFIDAVIT OF MARIO CALBI

   I, Mario Calbi, hereby declare under penalties of perjury, that the facts stated below are

true and correct to the best of his personal knowledge:

   1.      I am the President of Festival Ice Cream, Inc. ("Festival").

   2.      I swear this Affidavit in connection with Festival's motion to dismiss filed in the

above-captioned action.

   3.      Festival is incorporated in New Jersey and maintains its principal place of

business at 91 18th Ave., Paterson, NJ 07513.

   4.      Festival is a distributor of ice cream products, which it re-sells to retail

establishments as well as other ice cream distributors. In this capacity, Festival both purchases

and sells ice cream products in New Jersey, New York and Pennsylvania.

   5.      Festival began purchasing and selling ice cream products from Reinhold Ice

Cream during the winter of 2006-2007. Festival first discussed the possibility of transactions

between the distributors over the phone, with Reinhold's representative being in Pittsburgh and



Festival's representative in Paterson. Festival and Reinhold continued to buy and sell ice cream products to each other for approximately 6 months.

6.     When Festival wanted to purchase product from Reinhold it would fax a purchase order from Paterson, New Jersey to Reinhold's facility in Pittsburgh, Pennsylvania. Reinhold would then process the order and arrange for delivery of the ice cream product to Festival in Paterson. Reinhold would then issue an invoice to Festival, usually by fax. Pursuant to the invoice, payment was due to Reinhold, in Pittsburgh, within 30 days.

7.     When Reinhold wanted to purchase ice cream product from Festival it would call or fax, a purchase order to Festival's facility in Paterson, New Jersey. Festival would then process the order and arrange for pick-up by Reinhold. Festival would then issue an invoice to Reinhold from Paterson to Pittsburgh, typically by fax. Pursuant to the invoice, Reinhold was required to make payment to Festival in New Jersey within 30 days.

8.     Festival has not entered into any contractual agreement with BLN, Capital Funding, LLC, the plaintiff in this matter. At no time did Festival agree to make any payments to BLN in Illinois.

9.     Festival was not aware that it was required to make any payments for Reinhold product to any entity other than Reinhold in any location other than Pittsburgh, Pennsylvania.

10.    Festival does not purchase any ice cream product or any other equipment from vendors located in Illinois.

11.    Festival does not sell any ice cream products to any retailers or distributors located in Illinois.

12.    Festival does not advertise or solicit business in Illinois, nor does send representatives to attend any "trade shows" in Illinois.

2

13.    Festival has not sought out or availed itself of any business opportunities in Illinois in any manner or form.

14.    No employee or agent of Festival has ever entered Illinois or placed calls to companies in Illinois for the purposes of soliciting business or handling any transactions on behalf of Festival.

\* \* \* \* \* \* \* \*

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. This Declaration is executed at Paterson, New Jersey on June _6_, 2008.

Mario Calbi

Dated: June _6_, 2008

3