IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BLN CAPITAL FUNDING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FESTIVAL ICE CREAM CORPORATION, | : | C.A. No. 08-cv-3116 |
| | : | |
| Defendant. | : | |

# **O R D E R**

 **AND NOW**, this        day of           , 2008, upon consideration of defendant's motion
to dismiss, and of any opposition thereto, it is hereby ordered that the motion is GRANTED, and
the Clerk shall enter judgment in favor of defendant dismissing plaintiff's complaint in its
entirety.


                                                       _____
                                                       Virginia M. Kendall
                                                       United States District Judge