**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

BLN Capital Funding, LLC
                Plaintiff,

v.                                         Case No.: 1:08−cv−03116
                                                    Honorable Virginia M. Kendall

Festival Ice Cream Corporation
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defendant's motion to dismiss[7] is taken under advisement. Response is to be filed by 7/10/2008. Reply is due by 7/17/2008. Court will rule by mail. Status hearing date of 7/14/2008 shall stand. Counsel for defendant is advised that proposed draft orders are to be submitted to the court's proposed draft order box and not filed on the docket. (see this court's web page for further information and instructions)Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.