IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLN CAPITAL FUNDING, LLC, an Illinois limited liability company,<br><br>　　　　　Plaintiff,<br>v.<br><br>FESTIVAL ICE CREAM CORPORATION, a New Jersey corporation,<br>　　　　　Defendant. | Case No. 08 C 3116<br><br>Hon. Virginia M. Kendall<br>U. S. District Court Judge |

## JOINT AGREED INITIAL STATUS REPORT

Plaintiff, BLN Capital Funding, LLC, and Defendant, Festival Ice Cream Corporation, by their respective undersigned counsel, hereby submit this Joint Agreed Initial Status Report.

1. The attorneys of record are as follows:

    Attorney for Plaintiff:　James H. Ryan
    　　　　　　　　　　　　The Law Offices of James H. Ryan
    　　　　　　　　　　　　30 East Adams Street, Suite 1100
    　　　　　　　　　　　　Chicago, IL 60603
    　　　　　　　　　　　　Phone: (312) 890-9828
    　　　　　　　　　　　　Fax:　 (312) 345-9112
    　　　　　　　　　　　　e-mail: jr@jamesryanlaw.net

    Attorneys for
    Defendant:　　　　　　F. John Cushing, III
    　　　　　　　　　　　　The Law Offices of F. John Cushing, III
    　　　　　　　　　　　　29 South LaSalle Street, Suite 240
    　　　　　　　　　　　　Chicago, IL 60603
    　　　　　　　　　　　　Phone: (312) 726-2323
    　　　　　　　　　　　　Fax:　 (312) 726-2344

    　　　　　　　　　　　　Monica Mathews Reynolds
    　　　　　　　　　　　　High Swartz LLP
    　　　　　　　　　　　　40 East Airy Street
    　　　　　　　　　　　　Norristown, PA 19404
    　　　　　　　　　　　　Phone: (610) 275-0700
    　　　　　　　　　　　　Fax:　 (610) 275-5290
    　　　　　　　　　　　　e-mail: mreynolds@highswartz.com

2. The basis for federal jurisdiction is diversity of citizenship, 28 U.S.C. §1332.

3. The Complaint seeks payment of invoices with respect to the sale of ice cream products to Defendant by Reinhold Ice Cream Company, which invoices were purchased by and transferred to Plaintiff, and as to which no payment has been made to Plaintiff thereon, notwithstanding that $220,504.86 is due and owing thereon. Defendant has filed a Motion to Dismiss, contending that it is not subject to personal jurisdiction in Illinois and that venue is not proper in Illinois. Defendant disputes that any amounts are due to Reinhold or Plaintiff on the invoices. When appropriate, Festival intends to assert third-party claims against Reinhold relating to the invoices as well as other claims, the total of which will set-off or exceed Plaintiff's claims in this action. Plaintiff intends to oppose such efforts.

4. All parties have been served.

5. The principal legal issue is whether Defendant is liable to Plaintiff or any entity for payment of the subject invoices.

6. No underlying factual issues have been identified to date, however factual issues exist with respect to Defendant's minimum contacts with Illinois and whether any part of the transactions or occurrences between Festival and Reinhold occurred in Illinois.

7. Plaintiff has demanded a jury trial.

8. No discovery has been initiated to date, but limited discovery on the subject transactions is anticipated by each party. Defendant also anticipates substantial discovery will be required with respect to its third party claims against Reinhold, the majority of which will need to occur in Pennsylvania or New Jersey, where Reinhold and Festival are located, respectively; Plaintiff intends to oppose any such discovery.

9. A two-day trial is anticipated, which could commence after the resolution of any dispositive motions, prospectively approximately eight (8) months after the pending Motion to Dismiss is resolved.

10. The parties do not unanimously consent to proceed before the Magistrate Judge.

11. The parties have been discussing settlement – directly, not through counsel – and may desire a settlement conference at an appropriate time.

Jointly submitted by undersigned counsel for the parties on July 9, 2008.

_____
Counsel for Plaintiff

James H. Ryan
The Law Offices of James H. Ryan
30 East Adams Street, Suite 1100
Chicago, IL 60603
Phone: (312) 890-9828
Fax:    (312) 345-9112
e-mail: jr@jamesryanlaw.net

_____
Counsel for Defendant

F. John Cushing, III
The Law Offices of F. John Cushing, III
29 South LaSalle Street, Suite 240
Chicago, IL 60603
Phone: (312) 726-1470
Fax:    (312) 726-2344

Monica Mathews Reynolds
High Swartz LLP
40 East Airy Street
Norristown, PA 19404
Phone: (610) 275-0700
Fax:    (610) 275-5290
e-mail: mreynolds@highswartz.com