# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

BLN Capital Funding, LLC

                            Plaintiff,

v.                                                     Case No.: 1:08−cv−03116

                                                    Honorable Virginia M. Kendall

Festival Ice Cream Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 9/3/2008 at 09:00 AM. Defendant's motion to dismiss[7] is taken under advisement. Plaintiff's oral motion for an extension of time to 7/18/2008to file a response to the motion to dismiss is granted. Reply is due by 7/25/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.