UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

BLN Capital Funding, LLC
                          Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03116
　　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Festival Ice Cream Corporation
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Sua sponte, Status hearing date of 9/3/2008 is reset for 9/11/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.